STEPHANIE M. HINDS (CABN 154284)
Acting United States Attorney

HALLIE HOFFMAN (CABN 210020)
Chief, Criminal Division

ELISE LAPUNZINA (NYBN 2540730)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-6878
    FAX: (415) 436-7234
    Elise.LaPunzina@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 3:21-mj-70212-MAG |
| Plaintiff, | [~~PROPOSED~~] DETENTION ORDER |
| v. | |
| MIRANDA DEVLIN, | |
| Defendant. | |

On February 12, 2021, defendant Miranda DEVLIN ("M. Devlin") made her initial appearance before this Court on a criminal complaint charging her with false statements and mail fraud, in violation of 18 U.S.C. §§ 1014 and 1341. M. Devlin was represented by retained counsel Julia Jayne. The government was represented by Assistant United States Attorney Elise LaPunzina. After being advised of her rights, the charges, and maximum penalties, M. Devlin was released on a bond agreed to by the parties. The bond specified strict conditions of release, including GPS location monitoring by Pretrial Services.

This matter came before the Court again on March 8, 2021, for a detention hearing following M. Devlin's March 2, 2021, arrest on a pretrial release violation relating to alleged tampering with the GPS device. The defendant was present and represented by Assistant Federal Public Defender Elisse

1   Larouche.  The government moved for detention, and the defendant opposed.  At the hearing, counsel

2   submitted proffers and arguments regarding detention.

3        Upon consideration of the facts, proffers and arguments presented, and for the reasons stated on

4   the record, the Court finds by a preponderance of the evidence that no condition or combination of

5   conditions will reasonably assure the defendant's appearance as required and clear and convincing

6   evidence that no condition or combination of conditions will reasonably assure the safety of any other

7   person or the community.  Accordingly, the defendant must be detained pending trial in this matter.

8        The present order supplements the Court's findings and order at the detention hearing and serves

9   as written findings of fact and a statement of reasons as required by Title 18, United States Code,

10  Section 3142(i)(1).  As noted on the record, the Court makes the following findings as the bases for its

11  conclusion: based on information set forth in the criminal complaint, a related search warrant affidavit,

12  and information provided to the Court by Pretrial Services, the Court finds that M. Devlin poses a

13  significant economic danger to the community given her rampant use of other people's identities to

14  commit a wide variety of crimes, including misrepresenting herself as retained counsel for individuals

15  facing serious criminal charges in state courts.  The Court finds that M. Devlin is also a risk of flight

16  given her ability to assume other people's identities, her history of defrauding various courts, and her

17  recent acts of tampering with the GPS device which was a condition of pretrial release when the Court

18  first heard this case.

19       This finding is made without prejudice to the defendant's right to seek review of defendant's

20  detention or to file a motion for reconsideration if circumstances warrant it.

21       Pursuant to 18 U.S.C. § 3142(i), IT IS ORDERED THAT:

22       1.     The defendant be, and hereby is, committed to the custody of the Attorney General for

23  confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving

24  sentences or being held in custody pending appeal;

25       2.     The defendant be afforded reasonable opportunity for private consultation with counsel;

26  and,

27       3.     On order of a court of the United States or on request of an attorney for the government,

28  the person in charge of the corrections facility in which the defendant is confined shall deliver the

1  defendant to an authorized United States Marshal for the purpose of any appearance in connection with a

2  court proceeding.

3          IT IS SO ORDERED.

4

5  DATED:   March 11, 2021

6                                                                          _____
                                                                           HONORABLE LAUREL BEELER
                                                                           United States Magistrate Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28